IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Criminal No. 3:22-CR-00044-MHL** |
| v. | ) | |
| | ) | |
| SADIE MITCHELL | ) | |
| | ) | |
| Defendant. | ) | |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

The United States of America, by and through its representative, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, advises the Court that Carla Jordan-Detamore should be noticed as counsel of record for the United States in the above-captioned case.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:_____/s/_____
Carla Jordan-Detamore
Assistant United States Attorney
United States Attorney's Office
VSB No. 85934
919 East Main Street, Suite 1900
Richmond, VA 23219-2447
Phone: (804) 819-7426
Telefax: (804) 771-2316
Carla.Jordan-Detamore@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____

Carla Jordan-Detamore
Assistant United States Attorney
United States Attorney's Office
VSB No. 85934
919 East Main Street, Suite 1900
Richmond, VA 23219-2447
Phone: (804) 819-7426
Telefax: (804) 771-2316
Carla.Jordan-Detamore@usdoj.gov